**ODELL ALLEN, AUDRY ALLEN, NIHESHA ALLEN, AND LOLA ALLEN, INDIVIDUALLY AND ON BEHALF OF DECEDENT, JOYCE ALLEN**

**VERSUS**

**EAGLE INC., ET AL**

\*      **NO. 2022-C-0386**

\*      **COURT OF APPEAL**

\*      **FOURTH CIRCUIT**

\*      **STATE OF LOUISIANA**

\*

\*

\*

**\* \* \* \* \* \* \***

<u>**CONSOLIDATED WITH:**</u>

**ODELL ALLEN, AUDRY ALLEN, NIHESHA ALLEN, AND LOLA ALLEN, INDIVIDUALLY AND ON BEHALF OF DECEDENT, JOYCE ALLEN**

**VERSUS**

**EAGLE INC., ET AL**

<u>**CONSOLIDATED WITH:**</u>

**NO. 2022-C-0387**

*SCJ*
**JENKINS, J., CONCURS IN THE RESULT**